7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Rhonda Lee Anders and Annette Strickland
*Debtor*

**J. Kevin Checkett**
    Plaintiff(s)

v.

**Mildred Anders Hess**
**William Anders**
**Vernon Anders**
**Ronald Anders**
**Samuel Anders**
**Robert Roberson**
**Joseph V. Richardson**
**Annette Strickland**
    Defendant(s)

*Bankruptcy Case No.*
13−61477−abf7

*Adversary Case No.*
14−06006−abf

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Default Judgment is hereby entered against Defendants Mildred Anders Hess, William Anders, Vernon Anders, Ronald Anders, Samuel Anders survived by Samuel Anders, Ella Mae Richardson survived by Robert Roberson, Joseph V. Richardson, Annette Strickland. The Trustee is granted authority to see the Real Estate described in the Order for Default Judgment(Doc. No. 14), free and clear of the ownership of the debtor or the Family Defendants and from any claim or security interest of any other party. The Trustee is authorized to distribute to the co−owner of said Real Estate and to the estate the proceeds of the sale, less the costs and expenses, including attorneys fees of $1,000.00, but not including compensation of the trustee, of such sale according to the interest of the co−owners and the estate. IT IS FURTHER ORDERED, based upon the answer of Annette Strickland the Court finds she has no legal right, title or interest to either parcel of real property. The trustee shall provide Ms. Strickland notice of any intended sale.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 5/8/14

Court to serve